IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JACOB RAINES
Reg #31318-045                                                              PETITIONER

v.                          No. 2:18-cv-76-DPM

GENE BEASLEY,
Warden, Forrest City Low                                                    RESPONDENT

## ORDER

Motion, № 4, granted. Raines must pay the $5.00 filing fee by 10 September 2018. If he doesn't, then the Court will withdraw the reference and dismiss the petition without prejudice. LOCAL RULE 5.5(c)(2). The Court declines the recommendation, № 3, without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 August 2018