# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JACOB RAINES
Reg. #31318-045                                            PETITIONER

v.                      No. 2:18-cv-76-DPM

GENE BEASLEY,
Warden, Forrest City Low                                   RESPONDENT

## ORDER

Unopposed recommendation, № 12, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Raines's § 2241 petition will be dismissed without prejudice for lack of jurisdiction.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2019