IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JACOB RAINES
Reg. #31318-045                                                    PETITIONER

v.                              No. 2:18-cv-76-DPM

GENE BEASLEY,
Warden, Forrest City Low                                           RESPONDENT

## JUDGMENT

Raines's petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2019